## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2   HAZEL CALCAÑO LOPEZ, et al.,

3
    Plaintiffs
4

5   v.                                                CIVIL 97-2255 (SEC)

6   LUIS CANETTI MIRABAL, et al.,

7
    Defendants
8   _____

9                               O R D E R
10

11  _____

12          MOTION/DATE FILED          DKT. NO.          RULING

13  Application to Appear as Counsel       50           Granted.
    Pro Hac Vice for plaintiff, 8-20-99.
14  _____

15      In San Juan, Puerto Rico, this 27th day of September, 1999.

16

17

18                                          JUSTO ARENAS
                                   United States Magistrate Judge
19

20

21

22

23

24

25

26





AO 72
(Rev 8/82)