IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| HONORABLE JUSTO ARENAS | DATE: November 4, 1999 |
| --- | --- |
| | Civil 97-2255 (SEC) |

ATTORNEY

HAZEL CALCAÑO LÓPEZ, et al.

v.

LUIS CANETTI MIRABAL, et al.

The pretrial conference of November 8, 1999 at 9:30 a.m. is reset to 8:30 a.m. and converted into a status conference. Minutes to be notified.

