IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                                                  CIVIL 97-2255 (SEC)

LUIS CANETTI MIRABAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Heriberto Quiñones Echevarría, Alberto Omar Jiménez Santiago and Domingo Rivera Colomer, Esqs., defendants by José L. González Castañer, Fernando E. Agrait and Roberto Ruiz Comas, Esqs.

The trial setting of November 30, 1999 is left without effect. The pretrial is set for January 10, 2000 at 9:30 a.m. The jury trial is set for February 8, 2000 at 9:30 a.m. There is an issue of law regarding joint or several liability which the defense will brief in 20 days and plaintiffs will brief 20 days thence.

In San Juan, Puerto Rico, this 8th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)