IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LÓPEZ, et al.,

Plaintiffs

v.   CIVIL 97-2255 (SEC)

LUIS CANETTI MIRABAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting a Ruling Concerning HIMA'S Responsibility for Alleged Motions, 12-20-99. | 55 | Held in abeyance |
| Motion Requesting Transfer of Pretrial Hearing and Trial, 12-21-99. | 56 | Pretrial & trial vacated. Twenty days to reply are granted |

In San Juan, Puerto Rico, this 23rd day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

