IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                         CIVIL 97-2255 (SEC)

LUIS CANETTI MIRABAL, et al.,

Defendants

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting an Extension of time to Reply to Defendant Centro Médico del Turabo's Brief, 01-03-00. | 58 | Granted. |

In San Juan, Puerto Rico, this 10th day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)