IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                             CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## ORDER

The jury trial in this case is set for June 19, 2000 at 9:30 a.m. and the pretrial conference is set for June 7, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 7th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge