IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                             CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of time to File Memorandum, 02-11-00. | 62 | Granted. |
| Motion Requesting Leave to Submit Plaintiffs' Reply to "Motion Requesting Determination Concerning HIMA's Responsibility for Alleged Damages," 03-03-00. | 65 | Granted. |

In San Juan, Puerto Rico, this 21st day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)