IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                                             CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Reply to Plaintiffs' Reply to "Motion Requesting a Determination Concerning HIMA's Responsibility for Alleged Damages," 03-15-00. | 66 | Twenty days are granted. Request for oral argument is denied. |

In San Juan, Puerto Rico, this 24th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)