IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                                   CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Dr. Luis Canetti's Urgent Request for Continuance of Trial, 6-09-00. | 72 | Denied. |

In San Juan, Puerto Rico, this 13th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)