IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                                                                          CIVIL 97-2255 (SEC/JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Heriberto Quiñones Echevarría, Alberto Omar Jiménez Santiago, Domingo Rivera Colomer, and Joseph Alexander, Esqs., defendants by José L. González Castañer, Fernando E. Agrait and Roberto Ruiz Comas, Esqs. Witness for plaintiff, Daisy Calcaño López, Esq., was invited to the conference.

Trial remains as scheduled for June 19, 2000, at 9:30 a.m. The proposed pretrial order is approved. Trial time is estimated at two weeks. All exhibits are to be premarked. Proposed <u>voir</u> <u>dire</u>, jury instructions and verdict forms are to be submitted at least three days before trial in accordance with Local Rule 324 if jury trial has been demanded. All exhibits agreed to are admitted in evidence once used at trial. Any exhibits marked as such and not used at trial will be deemed withdrawn.

At trial, counsel are now admonished not to make distracting gestures, shuffle papers, open and close binders and books, or whisper loudly during opposing counsel's opening statement or closing argument.

Counsel are prohibited from addressing each other, without leave, in the presence of the jury.

If a jury trial, testimony will be heard from 9:30 a.m. to noon and from 1:30 p.m. to 5:00 p.m., with two 15 to 20 minute breaks. Upon notice, all preliminary matters, extended legal issues or motions *in limine* will be attended to outside of the schedule of testimony.

In San Juan, Puerto Rico, this 7th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge