# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUSTO ARENAS

DATE: July 11, 2000
CIVIL 97-2255(SEC)

ATTORNEY

HAZEL CALCAÑO LOPEZ, et al.

V.

LUIS CANETTI, et al.

A conference is set for July 14, 2000 at 9:00 a.m.  Parties to be notified.



