IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                              CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## ORDER

Two months ago, plaintiffs informed that the case was settled. Nothing has transpired since.

Consistent with the spirit of Rule 41(a)(1)(ii), I will enter judgment voluntarily dismissing the complaint in accordance with the settlement agreement which the parties have reached and have not filed, dismissal to be without prejudice until such time as the parties file a joint motion seeking dismissal with prejudice.

SO ORDERED.

In San Juan, Puerto Rico, this 27th day of September, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)