IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                                                CIVIL 97-2255 (SEC) (JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

## JUDGMENT

Judgment is hereby entered voluntarily dismissing the complaint without prejudice, and without costs or attorneys' fees.

SO ORDERED.

In San Juan, Puerto Rico, this 27th day of September, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)