IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAZEL CALCAÑO LOPEZ, et al.,

Plaintiffs

v.                                              CIVIL 97-2255 (SEC)(JA)

LUIS CANETTI MIRABAL, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Joint Motion for Relief From Judgment and Requesting That Settlement Judgment is Entered, 10-26-00. | 83 | Granted. |
| Motion Pursuant to Commonwealth of Puerto Rico Insurance Code, Section 41110, 10-26-00. | 84 | Granted. |

In San Juan, Puerto Rico, this 27th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)